Ben Eid, Esq. – 028148
NATIONWIDE MUTUAL INSURANCE COMPANY
TRIAL DIVISON
8800 N. Gainey Center Dr., Suite 277
Scottsdale, AZ  85258
(480) 365-4610 (Phone)
(866) 519-3243 (Fax)
Ben.Eid@nationwide.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DELBERT LEE BALDWIN and KIMBERLY BALDWIN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>FRIEND FREIGHTWAYS, INC. a Nebraska Corporation; STEVEN DALE MARSHALL, individually, and as agent, servant and employee of FRIEND FREIGHTWAYS, INC.; STEVEN DALE MARSHALL and JANE DOE MARSHALL, as husband and wife; JOHN DOES 1 to 5; JANE DOES 1 to 5; ABC COMPANIES 1 to 5; and XYZ CORPORATIONS 1 to 5, Inclusive,<br><br>Defendants | No. _____<br><br>**NOTICE OF REMOVAL** |

Defendants Friend Freightways, Inc. and Steven Dale Marshall, individually and as agent, servant and employee of Friend Freightways, Inc. hereby file this Notice of Removal in the above captioned matter, pursuant to 28 U.S.C. §§ 1332 and 1441

and LRCiv 3.6, Rules of Practice of the United States District Court for the District of Arizona and state the following in support of this Notice of Removal.

1. This action was filed originally in Pima County Superior Court, Arizona, on or about January 13, 2021 entitled Delbert Lee Baldwin, et al v. Friend Freightways, Inc. et al Case No. C20210136 (hereinafter "State Court Action").

2. In accordance with 28. U.S.C. §1446(a) and LRCiv 3.7., a copy of all documents filed in the superior court from which this case is removed, is attached hereto as Exhibits, accompanied by undersigned counsel's verification.

3. As of the date of this Notice of Removal the Defendants Friend Freightways, Inc. and Steven Dale Marshall have been served outside of Arizona.

4. In the State Court Action, Plaintiffs Delbert Lee Baldwin and Kimberly Baldwin, husband and wife, claim to be residents of Yuma County, Arizona. Plaintiff alleges that Defendant Friend Freightways, Inc. is a Nebraska corporation and Defendant Steven Dale Marshall is a resident of Missouri.

5. Based upon the allegations contained in the Complaint and upon information and belief of the amount demanded by Plaintiff, these Defendants believe that the amount in controversy exceeds the jurisdictional requirement of $75,000 for removal of actions based in diversity.

6. This Court has independent jurisdiction over this matter based upon diversity of citizenship, 28 U.S.C. § 1332(a) and (c)(1). Therefore, this suit may be removed to this Court by these Defendants pursuant to the provisions of 28 U. S. C. §1441.

7. This Notice is timely brought.

8. Removal venue is appropriate for purposed of removal because the District of Arizona embraces that place where the State Court action is pending.

9. Contemporaneous with the filing of this Notice, these Defendants have provided to the adverse party to filing, and the Superior Court of Pima County, Arizona, written notice of this of removal.

DATED this 22nd day of February, 2021.

                              NATIONWIDE MUTUAL INSURANCE
                              COMPANY TRIAL DIVISON

                              By: */s/ Ben Eid*
                                  Ben Eid
                                  8800 N. Gainey Center Drive, Suite 277
                                  Scottsdale, AZ  85258
                                  Attorney for Defendants

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

*/s/ Cheryl A. Scates*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, and to the extent any party is not a CM/ECF Registrant at the time of filing this Notice of Removal, a copy is mailed this date by U.S. Mail:

Frank A. Fila
The Smith Fila Law Firm
301 S. 2nd Avenue
Yuma, Arizona 85364
info@smithfila.com
Attorney for Plaintiffs

/s/ Cheryl A. Scates