Exhibit 3

Ben Eid, Esq. – 028148
NATIONWIDE MUTUAL INSURANCE COMPANY
TRIAL DIVISON
8800 N. Gainey Center Dr., Suite 277
Scottsdale, AZ 85258
(480) 365-4610 (Phone)
(866) 519-3243 (Fax)
Ben.Eid@nationwide.com

Attorney for Defendants

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| DELBERT LEE BALDWIN and KIMBERLY BALDWIN, husband and wife,<br><br>Plaintiffs,<br><br>FRIEND FREIGHTWAYS, INC. a Nebraska Corporation; STEVEN DALE MARSHALL, individually, and as an agent, servant, and employee of FRIEND FREIGHTWAYS, INC.; STEVEN DALE MARSHALL and JANE DOE MARSHALL, as husband and wife; JOHN DOES 1 to 5; JANE DOES 1 to 5; ABC COMPANIES 1 to 5; and XYZ CORPORATIONS, 1 to 5, Inclusive,<br><br>Defendants | No. C20210136<br><br><br><br>**NOTICE OF REMOVAL** |

Notice is hereby given that Defendants Friend Freightways, Inc., Steven Dale Marshall and Jane Doe Marshall, filed the attached Notice of Removal to the United States District Court.

- 1 -

DATED this 22nd day of February, 2021.

          NATIONWIDE MUTUAL INSURANCE
          COMPANY TRIAL DIVISON
          By: */s/ Ben Eid*
          Ben Eid
          8800 N. Gainey Center Drive, Suite 277
          Scottsdale, AZ  85258
          Attorney for Defendants

ORIGINAL of the foregoing was E-filed
this 22nd day of February, 2021, with:

Clerk of the Court
Pima County Superior Court

COPY of the foregoing was E-mailed
this 22nd day of February, 2021, to:

Frank A. Fila
The Smith Fila Law Firm
301 S. 2nd Avenue
Yuma, Arizona, 85364
info@smithfila.com
Attorney for Plaintiffs

*/s/ Cheryl A. Scates*

.

Person/Attorney Filing: Frank A Fila
Mailing Address: 301 S. 2nd Avenue
City, State, Zip Code: Yuma, AZ 85364
Phone Number: (928)783-8811
E-Mail Address: info@smithfila.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011476, Issuing State: AZ

SERVICE COPY

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Delbert Lee Baldwin, et al.
Plaintiff(s),
v.
Friend Freightways, Inc., a
Nebraska Corp., et al.
Defendant(s).

Case No. C20210136

**SUMMONS**

HON. JEFFREY T. BERGIN

To: Jane Doe Marshall

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PIMA



SIGNED AND SEALED This Date: 1/13/2021

Gary Harrison
Clerk of the Superior Court

By:  ALAN WALKER /s/
　　　　　Deputy Clerk

2

FILED
Gary Harrison
CLERK, SUPERIOR COURT
1/13/2021 9:27:21 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20210136
HON. JEFFREY T. BERGIN

Frank A. Fila
Arizona State Bar No.: 011476
**THE SMITH FILA LAW FIRM**
301 S. 2nd Avenue
Yuma, Arizona 85364
Telephone: (928) 783-8811
Facsimile: (928) 782-2018
Email: *info@smithfila.com*

*Attorney for Plaintiffs Delbert Lee Baldwin*
*Kimberly Baldwin*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| Delbert Lee Baldwin and Kimberly Baldwin, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Friend Freightways, Inc., a Nebraska Corporation; Steven Dale Marshall, individually, and as an agent, servant, and employee of Friend Freightways, Inc.,; Steven Dale Marshall and Jane Doe Marshall, as husband and wife; John Does 1 to 5; Jane Does 1 to 5; Abc Companies 1 to 5; and Xyz Corporations 1 to 5, Inclusive,<br><br>Defendants. | CASE NO.<br><br>**COMPLAINT**<br><br>(Tort - Motor Vehicle) |

///

1  Plaintiffs, Delbert Lee Baldwin and Kimberly Baldwin, husband and wife, by and
2  through counsel undersigned, hereby allege against Defendants, and each of them, as
3  follows:

4  I.

5  Plaintiffs, Delbert Lee Baldwin and Kimberly Baldwin, are husband and wife, and
6  residents of Yuma County, Arizona. All acts and events giving rise to Plaintiffs' claims
7  hereinafter alleged occurred in Pima County, Arizona.

8  II.

9  Defendant, Friend Freightways, Inc. (hereinafter referred to as "Freightways"), is a
10  Nebraska corporation that at all times herein was, and is, engaged in the interstate
11  transportation of general commodities and which was, and is, authorized to do business,
12  and was so doing business, in the State of Arizona and Pima County, by and through its
13  agents, servants, and employees.

14  III.

15  Plaintiffs are informed and believe and thereupon allege that at all material times
16  herein, Defendant Steven Dale Marshall was an agent, servant, employee, and/or statutory
17  employee of Freightways, and in doing the things hereinafter alleged, was acting in the
18  course and scope of said agency or employment.

19  IV.

20  Upon information and belief, Plaintiffs thereupon allege that Defendants, Steven
21  Dale Marshall and Jane Doe Marshall, are husband and wife, and are residents of the State
22  of Missouri. It is further believed, and therefore alleged, that the actions of both said
23  Defendants as hereinafter alleged were done for the benefit of their marital community.

24  V.

25  At all material times herein alleged, Defendant Freightways' agents, servants, and
26  employees including, but not limited to, Defendant Steven Dale Marshall, were required to
27  comply with and operate pursuant to the "Federal Motor Carrier Safety Regulations" as
28  prescribed by the U.S. Department of Transportation, Federal Highway Administration, as

1  set forth in 49 C.F.R. Parts 40, 380, 382, 383, 387, 390-397, 399 (in effect at the time of
2  the incident alleged herein), and/or comparable portions of the State of Arizona Motor
3  Carrier Safety Regulations.

## VI.

The true names or capacities, whether individual, corporate, partnership, associate or otherwise of said John Does 1-5; Jane Does 1-5; ABC Companies 1-5; and XYZ Corporations 1-5, inclusive, are unknown to this Plaintiff, who, therefore, sues said Defendants, and each of them, jointly and individually, by such fictitious names. Plaintiffs are informed and believe, and thereon state, that each of the Defendants designated by a fictitious name herein is responsible for the events and happenings alleged. The precise natures of such responsibilities are unknown to Plaintiffs, but were known to Defendants, and each of them.

## VII.

At all material times herein, Defendant Freightways was the registered owner of the tractor-trailer operated by Defendant Marshall and involved in the incident hereinafter described.

## VIII.

On February 22, 2019, Plaintiff Delbert Lee Baldwin was the operator of a semi-truck traveling eastbound in the number 1 lane of Interstate Highway 10 approaching the Houghton Traffic Interchange in the County of Pima, State of Arizona. On said date and at said place, Defendant Marshall was operating the tractor-trailer owned by Freightways and traveling too fast for the snowy conditions and struck Plaintiff's semi-truck from behind and caused Plaintiff to sustain the serious injuries and damages complained of herein below.

## IX.

On said date and at said place, Defendant Marshall operated Freightways' tractor-trailer in an unlawful, reckless, and negligent manner, thereby causing the serious injuries and substantial damages to Plaintiff Delbert Lee Baldwin.

Recipient:'8555104622' (+18555104622)   Sender:" (0014175821006)   Receipt: 02/03/2021 21:16:52 CET   Page: 7 / 11   retarus

X.

2. Plaintiffs are informed and believe and thereon allege that Defendants, and each of them, knew, or should have known, that Defendant Marshall was operating said tractor-trailer in violation of the Federal Motor Carrier Safety Regulations as prescribed by the U.S. Department of Transportation, Federal Highway Administration, as set forth at 49 C.F.R. Parts 40, 380, 382, 383, 387, 390-397, 399, and/or relevant provisions of the Arizona Motor Carrier Safety Regulations and/or was otherwise negligent.

XI.

At and prior to the incident described hereinabove, it is believed and alleged that Defendant Freightways, by and through its agents, servants, and/or employees, committed other unlawful, careless, reckless and negligent acts including, but not limited to, negligently entrusting the tractor-trailer to Defendant Marshall, negligently supervising the operation of said tractor-trailer by Defendant Marshall, and/or otherwise negligently permitting Defendant Marshall to drive under circumstances where it was known, or should have been known, that the tractor-trailer was being operated in violation of the Federal Motor Carrier Safety Regulations as prescribed by the U.S. Department of Transportation, Federal Highway Administration, as set forth at 49 C.F.R. Parts 40, 380, 382, 383, 387, 390-397, 399, and/or relevant provisions of the Arizona Motor Carrier Safety Regulations.

XII.

As a proximate result of the negligent acts alleged above, Defendants, and each of them, caused Plaintiff Delbert Lee Baldwin to sustain serious and permanent physical and emotional injury, all of which has caused and will continue to cause him mental, physical and nervous pain and suffering. Plaintiffs are informed and believe, and thereon allege, that some of said injuries will be of a permanent nature and will result in some permanent disability to Plaintiff Delbert Lee Baldwin, all to his general damage in an amount not yet ascertained.

///

XIII.

As a further proximate result of the conduct of the Defendants, and each of them, Plaintiff Delbert Lee Baldwin was required to and did employ physicians, surgeons and hospitals to examine, treat and care for him and did incur, and will in the future incur, medical and other related expenses in connection therewith. The exact amount of such present and future expenses is unknown to Plaintiffs at this time and, therefore, Plaintiffs ask leave to prove and, if required by the Court, to amend this Complaint to show the reasonable value of such medical services at time of trial.

XIV.

As a further proximate result of the conduct of the Defendants, and each of them, Plaintiff Delbert Lee Baldwin was prevented from attending his usual occupation and has thereby suffered a loss of income. Plaintiffs are informed and believe, and thereon allege, that by reason of said injuries herein alleged, Plaintiff Delbert Lee Baldwin has suffered, and will continue in the future to suffer, a loss of earning capacity. The exact amount of such loss is unknown to Plaintiffs at this time, and, therefore, Plaintiffs ask for leave to prove and, if required by the Court, to amend this Complaint to show the reasonable value of such Plaintiff Delbert Lee Baldwin's loss of earnings and loss of earning capacity at time of trial.

XV.

The Defendants, and their agents, servants and employees, and each of them, in doing the acts as described hereinabove, acted with an evil mind; serving their own interests, having reason to know and yet consciously disregarding the substantial and unjustifiable risk that significant harm might occur to others, including Plaintiffs, and which conduct caused the collision set forth hereinabove. That the evil minded acts of Defendant Marshall and/or the other agents, servants and/or employees are imputed to Defendant Freightways through the doctrine of *respondeat superior* or otherwise vicarious liable. Plaintiffs are therefore entitled to an award of punitive damages against Defendants, and each of them.

1     **WHEREFORE**, Plaintiffs request judgment against the Defendants, and each of
2 them, as follows:
3     1.     Compensatory damages in an amount which is just and reasonable, but in
4     excess of the jurisdictional requirements of this Court;
5     2.     That this case be assigned to Discovery Tier 3;
6     3.     Punitive damages in an amount which is just and reasonable;
7     4.     Plaintiffs' costs incurred herein; and
8     5.     For such other and further relief as the Court deems proper in the premises.

10 DATED this 13th day of January, 2021.

                        **THE SMITH FILA LAW FIRM**

By:     */s/Frank A. Fila*
           Frank Andrew Fila, #011476
           **THE SMITH FILA LAW FIRM**
           301 S. 2nd Avenue
           Yuma, Arizona 85364
           Telephone: (928) 783-8811
           Facsimile: (928) 782-2018
           Email: info@smithfila.com

*Attorney for Plaintiffs Delbert Lee Baldwin and Kimberly Baldwin*

PERSON/ATTORNEY FILING: Frank A Fila
MAILING ADDRESS: 301 S. 2nd Avenue
CITY, STATE, ZIP CODE: Yuma, AZ 85364
PHONE NUMBER: (928)783-8811
E-MAIL ADDRESS: info@smithfila.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 011476, Issuing State: AZ

FILED
Gary Harrison
CLERK, SUPERIOR COURT
1/13/2021 9:27:21 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20210136
HON. JEFFREY T. BERGIN

ARIZONA SUPERIOR COURT, PIMA COUNTY

Delbert Lee Baldwin, et al.
Plaintiff(s),

V.

Friend Freightways, Inc., a
Nebraska Corp., et al.
Defendant(s).

CASE NO: _____

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b and certifies that this case:

# (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☐ **DOES** meet the eligibility criteria established by Rule 101b; or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

Frank A Fila /s/
SIGNATURE

FILED
Gary Harrison
CLERK, SUPERIOR COURT
1/13/2021 9:27:21 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20210136
HON. JEFFREY T. BERGIN

## In the Superior Court of the State of Arizona
## In and For the County of Pima

**Plaintiff's Attorney:**
Frank A Fila
Bar Number: 011476, issuing State: AZ
Law Firm: The Smith Fila Law Firm
301 S. 2nd Avenue
Yuma, AZ 85364
Telephone Number: (928)783-8811
Email address: info@smithfila.com

**Plaintiffs:**
Delbert Lee Baldwin

Kimberly Baldwin

**Defendants:**
Friend Freightways, Inc., a Nebraska Corp.
616 US-6
Friend, NE 68359

Steven Dale Marshall

Jane Doe Marshall

Discovery Tier t3

Case Category: Tort Motor Vehicle
Case Subcategory: Non-Death/Personal Injury